# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

### UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

### CARLOS MARIO MEJIA LOPEZ

CASE NUMBER: 99-10407-EFH

TO:   The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest CARLOS MARIO MEJIA LOPEZ
                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                              Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute, and possess with intent to distribute, controlled substances, in violation of 21 U.S.C. § 846.

_Sheila Diskes_
Name of Issuing Officer

_Supervisor_
Title of Issuing Officer

_Sheila Diskes_
Signature of Issuing Officer

October 12, 2000 BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | WARRANT EXECUTED BY DEA<br>BY ARREST/ARRAIGNMENT OF THE<br>DEFENDANT ON 10/13/2000 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 Warrant for Arrest

In Federal Custody 5/2000

DOCKETED

416